UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C07-0206-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 1983 |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | ) | ACTION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge, the Objections thereto, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation with the following additional comments. In his Objections to Judge Theiler's R&R, plaintiff argues that Case No. C05-5239FDB, *Farnsworth v. Carter*, cannot be used as a strike against him under 28 U.S.C. § 1915(g) because it was not brought before a "court of the United States." (Dkt. #8 at 2). Specifically, plaintiff argues that because he originally brought that case in state court, and subsequently sought remand from federal court, the case cannot be used as a strike for

ORDER DISMISSING § 1983 ACTION
PAGE -1

purposes of section 1915(g). Plaintiff's argument is misguided. While he may not have intended to bring an action before a Court of the Unites States, the unfortunate consequence of bringing a federal civil rights action in state court is that it generally may be removed by defendants to federal court, thereby subjecting a plaintiff to the three strikes rule.[1] Accordingly, the Court is not persuaded that Case No. C05-5239FDB should not be counted as a strike under section 1915(g).

(2) The Complaint and this § 1983 action are DISMISSED without prejudice.

(3) Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this _9_ day of April, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] The apparent unfairness of this consequence is addressed in the dissenting opinion in *Abdul-Akbar v. McKelvie*, 239 F.3d 307, 330-31 (3d Cir. 2000).